Abraham JUAREZ–CHAVEZ, aka Abraham Juarez, aka Abraham Abraham Juarez, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 13–71490.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 27, 2016.

Abraham Juarez–Chavez, Oxnard, CA, pro se.

Aric Allan Anderson, Trial, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Abraham Juarez–Chavez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion for a continuance and ordering him removed to Mexico. We have jurisdiction under 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review Juarez–Chavez's unexhausted contention that because his conviction for cocaine possession has been dismissed he is now eligible for relief from removal, *Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir.2010), and we do not consider the extra-record materials that Juarez–Chavez submitted with his briefs, *see* 8 U.S.C. § 1252(b)(4)(A) (the court's review is limited to the administrative record); *see also Fisher v. INS*, 79 F.3d 955, 963 (9th Cir.1996) (en banc) (to have additional documents considered, petitioner must file a motion to reopen with the agency).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

